```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 15 2018
```

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

SKAT TAX REFUND SCHEME LITIGATION          Docket No.: 18-cv-4047

*This paper applies to all Cases.*
------------------------------------------------------------X

### NOTICE OF UNOPPOSED MOTION BY JOHN M. HANAMIRIAN TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

PLEASE TAKE NOTICE, that upon the annexed Affidavit of John M. Hanamirian, Esq., individually and on behalf of Hanamirian Law Firm, P.C., and upon all prior proceedings herein, counsel will move this Court before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, on the ___ day of _____, 2018, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for:

1. An Order allowing the undersigned to withdraw as counsel of record for the following matters on the attached Schedule of Actions pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16. Plaintiffs do not object to this Motion and will not present an Opposition; and

2. Such other and further relief as the Court deems just and proper.

Dated: August 7, 2018
New York, New York

_____
John M. Hanamirian, Esq. (JH 6651)
Hanamirian Law Firm, PC
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – t
(856) 793-9121 – f
jmh@hanamirian.com

**MEMO ENDORSED**

*Granted*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ  8/14/18

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re

SKAT TAX REFUND SCHEME LITIGATION            Docket No.: 18-cv-4047

------------------------------------------------------------- X

## SCHEDULE OF ACTIONS

|   | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | SKAT | The Bradley London Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04047-LAK | Judge Lewis A. Kaplan |
| 2. | SKAT | The DMR Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04049-LAK | Judge Lewis A. Kaplan |
| 3. | SKAT | The Houston Rocco LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04050-LAK | Judge Lewis A. Kaplan |
| 4. | SKAT | The Proper Pacific LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04051-LAK | Judge Lewis A. Kaplan |
| 5. | SKAT | The LBR Capital Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04052-LAK | Judge Lewis A. Kaplan |
| 6. | SKAT | The Atlantic DHR 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04430-LAK | Judge Lewis A. Kaplan |
| 7. | SKAT | The Stor Capital Consulting LLC 401K Plan and Michael Ben-Jacob | S.D.N.Y. | 1:18-cv-04434-LAK | Judge Lewis A. Kaplan |
| 8. | SKAT | The Busby Black 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04522-LAK | Judge Lewis A. Kaplan |
| 9. | SKAT | The Canada Rock LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04531-LAK | Judge Lewis A. Kaplan |
| 10. | SKAT | The ISDB Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04536-LAK | Judge Lewis A. Kaplan |
| 11. | SKAT | The Monin Amper Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04538-LAK | Judge Lewis A. Kaplan |
| 12. | SKAT | The NYC Stanismore Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04541-LAK | Judge Lewis A. Kaplan |
| 13. | SKAT | The Texas Rocco LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-04543-LAK | Judge Lewis A. Kaplan |
| 14. | SKAT | Sanford Villa Pension Plan and Roger Lehman | S.D.N.Y. | 1:18-cv-04767-LAK | Judge Lewis A. Kaplan |
| 15. | SKAT | The Aston Advisors LLC 401K Plan and Roger Lehman | S.D.N.Y. | 1:18-cv-04770-LAK | Judge Lewis A. Kaplan |
| 16. | SKAT | The Sector 230 LLC 401K Plan | S.D.N.Y. | 1:18-cv-04771-LAK | Judge Lewis A. Kaplan |

| 17. | SKAT | The M2F Wellness LLC 401K Plan and Mitchell Protass | S.D.N.Y. | 1:18-cv-04890-LAK | Judge Lewis A. Kaplan |
|---|---|---|---|---|---|
| 18. | SKAT | The MPQ Holdings LLC 401K Plan and Mitchell Protass | S.D.N.Y. | 1:18-cv-04892-LAK | Judge Lewis A. Kaplan |
| 19. | SKAT | The TKKJ LLC 401K Plan and Thomas Kertelits | S.D.N.Y. | 1:18-cv-04896-LAK | Judge Lewis A. Kaplan |
| 20. | SKAT | NYCATX LLC Solo 401K Plan and Carl Andrew Vergari | S.D.N.Y. | 1:18-cv-04898-LAK | Judge Lewis A. Kaplan |
| 21. | SKAT | Ackview Solo 401K Plan and Sean Driscoll | S.D.N.Y. | 1:18-cv-04900-LAK | Judge Lewis A. Kaplan |
| 22. | SKAT | The Dosmon Bly Pension Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-05045-LAK | Judge Lewis A. Kaplan |
| 23. | SKAT | The India Bombay LLC 401K Plan and Doston Bradley | S.D.N.Y. | 1:18-cv-05057-LAK | Judge Lewis A. Kaplan |
| 24. | SKAT | The Aria Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05147-LAK | Judge Lewis A. Kaplan |
| 25. | SKAT | The Belforte Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05150-LAK | Judge Lewis A. Kaplan |
| 26. | SKAT | The Bravos Advisors 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05151-LAK | Judge Lewis A. Kaplan |
| 27. | SKAT | The Costello Advisors Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05158-LAK | Judge Lewis A. Kaplan |
| 28. | SKAT | The Eskin Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05164-LAK | Judge Lewis A. Kaplan |
| 29. | SKAT | The Fieldcrest Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05180-LAK | Judge Lewis A. Kaplan |
| 30. | SKAT | The Westport Advisors LLC 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05183-LAK | Judge Lewis A. Kaplan |
| 31. | SKAT | The Kodiak Capital Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05185-LAK | Judge Lewis A. Kaplan |
| 32. | SKAT | The Kyber Pension Plan, Roger Lehman and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05186-LAK | Judge Lewis A. Kaplan |
| 33. | SKAT | The Lerici Capital Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05188-LAK | Judge Lewis A. Kaplan |
| 34. | SKAT | The Ludlow Holdings 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05189-LAK | Judge Lewis A. Kaplan |
| 35. | SKAT | The Regoleth Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05190-LAK | Judge Lewis A. Kaplan |

| | | | | | |
|---|---|---|---|---|---|
| 36. | SKAT | The Saba Capital LLC 401K Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05192-LAK | Judge Lewis A. Kaplan |
| 37. | SKAT | The West River Pension Plan, Roger Lehman, and Gavin Crescenzo | S.D.N.Y. | 1:18-cv-05193-LAK | Judge Lewis A. Kaplan |