**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN SWITZERLAND & FRANCE**

PLEASE TAKE NOTICE that the undersigned attorneys for the plaintiff SKATTEFORVALTNINGEN ("SKAT"), the Customs and Tax Administration of the Kingdom of Denmark, will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for the issuance of Requests for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2). In support of this motion, SKAT relies upon the accompanying Memorandum of Law and Declaration of Neil J. Oxford dated October 12, 2020 and the exhibits attached thereto.

2

Dated: New York, New York
      October 12, 2020

                            HUGHES HUBBARD & REED LLP

                            By:   /s/ Neil J. Oxford
                                William R. Maguire
                                Marc A. Weinstein
                                Neil J. Oxford
                                Dustin P. Smith
                            One Battery Park Plaza
                            New York, New York 10004-1482
                            Telephone: (212) 837-6000
                            Fax:  (212) 422-4726
                            bill.maguire@hugheshubbard.com
                            marc.weinstein@hugheshubbard.com
                            neil.oxford@hugheshubbard.com
                            dustin.smith@hugheshubbard.com

                            *Counsel for Plaintiff Skatteforvaltningen*
                            *(Customs and Tax Administration of the*
                            *Kingdom of Denmark)*