**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04898. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants NYCATX LLC Solo 401K Plan ("NYCATX") and Carl Andrew Vergari ("Vergari") hereby stipulate and agree that SKAT's action against Defendants NYCATX and Vergari, captioned *Skatteforvaltningen v. NYCATX LLC Solo 401K Plan, et al.*, No. 18-cv-04898, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
April 6, 2022

| | |
|---|---|
| By: /s/ Marc A. Weinstein | By: /s/ Joseph LoPiccolo |
| Marc A. Weinstein | Joseph LoPiccolo |
| HUGHES HUBBARD & REED LLP | POULOS LOPICCOLO PC |
| One Battery Park Plaza | 311 West 43rd St., 11th Fl., Ste. 124 |
| New York, New York 10004-1482 | New York, NY 10036 |
| Telephone: (212) 837-6000 | Telephone: (646) 931-0011 |
| Fax: (212) 422-4726 | Fax: (732) 358-0180 |
| marc.weinstein@hugheshubbard.com | lopiccolo@pllawfirm.com |
| *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* | *Counsel for NYCATX LLC Solo 401K Plan and Carl Andrew Vergari* |

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge