**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-04898.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants NYCATX LLC Solo 401K Plan ("NYCATX") and Carl Andrew Vergari ("Vergari") hereby stipulate and agree that SKAT's action against Defendants NYCATX and Vergari, captioned *Skatteforvaltningen v. NYCATX LLC Solo 401K Plan, et al.*, No. 18-cv-04898, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
April 6, 2022

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
    POULOS LOPICCOLO PC
    311 West 43rd St., 11th Fl., Ste. 124
    New York, NY 10036
    Telephone: (646) 931-0011
    Fax: (732) 358-0180
    lopiccolo@pllawfirm.com

*Counsel for NYCATX LLC Solo 401K Plan and
Carl Andrew Vergari*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

4/12/22